NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-1037

RALPH EDWARD FRANKS, ET AL.

VERSUS

TEACHERS INSURANCE COMPANY, ET AL.

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
PINEVILLE CITY COURT
PARISH OF RAPIDES, PINEVILLE CITY COURT, NO. 3-0432
HONORABLE J. PHILLIP TERRELL, JR., CITY COURT JUDGE

\*\*\*\*\*\*\*\*\*\*

OSWALD A. DECUIR
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Oswald A. Decuir, Jimmie C. Peters, and Elizabeth A. Pickett,
Judges.

AFFIRMED AS AMENDED.

Wilbert J. Saucier, Jr.
Attorney at Law
2220 Shreveport Highway
Pineville, LA 71360
(318) 473-4146
Counsel for Plaintiffs/Appellees:
    Ralph Edward Franks
    Connie Marie Franks

Michael L. Glass
Attorney at Law
1733 White Street
Alexandria, LA 71301
(318) 484-2917
Counsel for Plaintiffs/Appellees:
    Ralph Edward Franks
    Connie Marie Franks

**Daniel G. Brenner**
**Bolen, Parker & Brenner, Ltd.**
**P. O. Box  11590**
**Alexandria, LA 71315-1590**
**(318) 445-8236**
**Counsel for Defendants/Appellants:**
    **Teachers Insurance Company**
    **Joseph L. Rodriguez**